UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
HOWARD BROWN,                                               :   09-CV-0921 (ARR) (JO)
:
                                    Plaintiff,             :
                                                            :
       -against-                                            :   NOT FOR
                                                            :   PRINT OR ELECTRONIC
ANTHONY DANTZLER, et al.,                                   :   PUBLICATION
                                                            :
                                    Defendants.            :   ORDER
:
------------------------------------------------------------ X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated August 11, 2009 from the Honorable James Orenstein, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. O5 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). The Clerk of the Court is directed to close the case.

SO ORDERED.

                                                s/ ARR
                                      _____
                                      Allyne R. Ross
                                      United States District Judge

Dated: September 1, 2009
       Brooklyn, New York

1

SERVICE LIST:

> Plantiff's Attorneys
> Herbert L. Waichman
> Parker, Waichman & Alonso LLP
> 111 Great Neck Road, First Floor
> Great Neck, NY 11021
>
> Brett Andrew Zekowski
> Parker, Waichman & Alonso LLP
> 111 Great Neck Road, First Floor
> Great Neck, NY 11021
>
> Defendant's Attorney
> Christopher T. Cafaro
> Monfort, Healy, McGuire & Salley
> 1140 Franklin Ave.
> PO Box 7677
> Garden City, NY 11530

cc: Magistrate Judge Orenstein